# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00449-MSK-NYW

STEPHANIE SULLO,

    Plaintiff,

v.

VAIL SUMMIT RESORTS, INC.,

    Defendant.

---

## MINUTE ORDER

---

Entered By Magistrate Judge Nina Y. Wang

    This matter is before the Court on the Consent Motion to Amend Scheduling Order to Extend Dispositive Motions Deadline to March 19, 2015 (the "Motion"). [#28 filed March 2, 2015]. The matter was referred to this Magistrate Judge pursuant to the Order Referring Case dated March 13, 2014 [#5] and memorandum dated March 2, 2015 [#29].

    IT IS ORDERED that the Motion is GRANTED. The parties shall file Dispositive Motions, if at all, on or before **March 19, 2015**.

DATED: March 4, 2015