**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE  MARCIA S. KRIEGER**

| | |
|---|---|
| Courtroom Deputy:   Patricia Glover | Date:   February 23, 2016 |
| Court Reporter:        Mary George | |

Civil Action No. 14-cv-00449-MSK-NYW

| | |
|---|---|
| *Parties*: | *Counsel Appearing:* |
| STEPHANIE SULLO, an individual, | Michael Cross |
| Plaintiff, | |
| v. | Samuel Shapiro |
| VAIL SUMMIT RESORTS, INC., a Colorado corporation, | |
| Defendant. | |

**COURTROOM MINUTES**

HEARING:    Motions/Interim Case Management Conference

**9:23 a.m.       Court in session.**

The Court addresses Motion for Summary Judgment (**Doc. #34**).

No Further argument

Oral findings and conclusions of law are made of record and incorporated herein.

**ORDER:**      Motion for Summary Judgment (**Doc. #34**) is **DENIED**.

The Court addresses the claims and defenses.  Any rulings made are as set forth in the record.

The Court addresses the remaining claims and defenses in light of its oral rulings, preparation of the Final Pretrial Order, demonstrative or other evidence intended to be used at trial.

The Court addresses time needed for trial, use of trial time (the chess clock), jury selection, anticipated motions in limine.

Courtroom Minutes
Chief Judge Marcia S. Krieger
Page 2

**ORDER:**   Proposed Final Pretrial Order, voir dire, jury instructions will be filed by **March 31, 2016.** Jury trial (4 days) is scheduled on **July 11, 2016 at 8:30 a.m.** and a Final Pretrial Conference is set on **April 19, 2016 at 4:00 p.m.**, all in Courtroom A901, 901 19th Street, Denver, CO.  Any motion to continue will be filed within the next 14 days.

**10:10 a.m.**   Court in recess.

**Total Time:   47 minutes.**
**Hearing concluded.**