**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE MARCIA S. KRIEGER**

Courtroom Deputy:   Patricia Glover                     Date: April 19, 2016
Court Reporter:     Terri Lindblom

Civil Action No. 14-cv-00449-MSK-NYW

*Parties*:                                              *Counsel Appearing:*

STEPHANIE SULLO, an individual,                         Michael Cross

       Plaintiff,

v.

VAIL SUMMIT RESORTS, INC., a Colorado corporation,      Samuel Shapiro

       Defendant.

**COURTROOM MINUTES**

HEARING:   Final Pretrial Conference.

**4:11 p.m.   Court in session.**

Parties are present. Erik Shellman is present as defendant Vail's representative.

Review of the proposed final pretrial order - matters addressed as set forth on the record.

The Court addresses plaintiff's Motion for Reconsideration (**Doc. #59**).

**ORDER:**   Plaintiff's Motion for Reconsideration (**Doc. #59**) is **DENIED** and the Second Amended Complaint (**Doc. #60**) is **STRICKEN** for the reasons stated on the record.

The Court addresses the anticipated motions in *limine* identified in the proposed Final Pretrial Order.

**ORDER:**   Pertinent to trial process: The time allotted for trial (20 hours) will be split evenly between the parties and tracked by the Courtroom Deputy on the chess clock.

Courtroom Minutes
Chief Judge Marcia S. Krieger
Page Two

>Each side will be given 10 hours and the parties may use the time however they wish (openings/closing, evidence presentation, etc.)

The Court addresses the trial process, jury selection and questions from counsel.

**ORDER**: Revised final pretrial order, joint witness and exhibit lists to be submitted by **April 27, 2016.**

**ORDER:** Trial is set (4 days) on **July 11, 2016 at 8:30 a.m.**, in Courtroom A901, 901 19th Street, Denver, CO.

5:25 p.m      **Court in recess.**

**Total Time:   1 hour 14 minutes.**
**Hearing concluded.**